# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANDREW J. MYERS**
       Plaintiff
vs.                                  **CASE NUMBER: 5:10-CV-1167 (GTS/TWD)**

**CAMDEN CENTRAL SCHOOL DISTRICT; BOARD OF EDUCATION OF THE CAMDEN CENTRAL SCHOOL DISTRICT; ROCCO LONGO, Former Superintendent of Camden Central School District; and RICHARD J. KEVILLE, Superintendent of Camden School District**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' Motion to Dismiss is GRANTED and that Plaintiff's Cross Motion for Summary Judgment is DENIED. Plaintiff's Amended Complaint is hereby DISMISSED. Judgment in entered in favor of the defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 17th day of July, 2012.

DATED: July 17, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk